IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHELIA BROWN                                                                                      PLAINTIFF

V.                              NO. 3:05cv00257 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 15th day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE